UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                  **Plaintiff,**        CASE NO.  07-CR-20559
                                          Hon. Linda V. Parker

**vs.**

**ANTONIO MAURICE WHITLEY,**

                  **Defendant,**

_____/

## INDEX OF EXHIBITS

Exhibit A - BOP Med 2020 **(Sealed)**

Exhibit A1 - Medications **(Sealed)**

Exhibit B - Disinfection Report_Elkton

Exhibit C -Whitley_42687-039_Request.2020.05.20 **(Sealed)**

Exhibit D -Whitley_42687-039_Warden.2020.05.27 **(Sealed)**

Exhibit E -Barr-Memo-to-BOP-2020.04.03

Exhibit F - Vulnerable Inmates

Exhibit G - Deaths_Elkton_Chart

Exhibit H - 2020.07.06_COVID -19 results **(Sealed)**

Exhibit I - BOP Med 2019 **(Sealed)**

Exhibit J - Inmate death Warden letter_redacted

Exhibit K - Inmate death BOP press release_redacted

Exhibit L - Male Custody Classification Form **(Sealed)**

Exhibit M - Pattern Risk Worksheet **(Sealed)**

Exhibit N - Certificates

Exhibit O - Whitley_Mary Letter

Exhibit P - Burton_Willie Mae Letter

Exhibit Q - Burton_Sa'do Letter