# EXHIBIT O

8/26/20

To Whom it May Concern,

And All Parties & involved, including Antonio Whitley. (#46872039 - Inmate number)

My name is Mary Whitley (Johnson), I am the mother of Antonio Whitley. I want everyone to know that I need my son. I need him home. Not because, I am elderly, not because he's been there a long time, not because I've lost a son before and not because I miss him.

It's because of my concern for his health and well being. I understand he's been sick multiple times and is in an environment where this can continue and put his life in grave danger. He (Antonio) is not a danger to society and is not a flight risk of any kind. Antonio is greatly missed by myself, his siblings and his children. He loves his children more than anything and they need him as well. He is also

Antonio Whitley  8/26/20

Continued....

a grandfather.

I am pleading to the court on behalf of my son, Antonio, to release him so he can continue to improve his health, with proper care and surround hisself with the love and care he deserves from his family.

I have no doubt in my mind that my son, Antonio, will NEVER return to any facility that requires incarceration because he has been Renewed through Rehabilitation and will no longer have any dealings that will be illegal.

Allow me to enjoy my son, and for Antonio to enjoy his healthy life, family and children once again

We all love him and miss him. Thank you in advance.

Mary Whitley Johnson