# EXHIBIT P

Re: Antonio Whitley
#42687-039

Hello my name is Ms. Willie Mae Burton I met Antonio in 1999

Antonio is a very caring person, Even during his incarceration Antonio still find time to reach out and console me or our daughter

Antonio and I talk exleast 3-4 times a month he expressive that he regrets missing out on our daughter accomplishment, I feel that if Antonio is given a chance he will be the father that my daughter longed to meet.

Not only is Antonio my daughter father, he's my friend, Antonio always seem to call at the right time to lift my spirits. When I was ill he made sure to call encourage me not to give up, Antonio is a good hearted person, Whom I know is ready for a change and I'm willing to be his support person, friend I think Antonio is ready for his freedom and I ask that you consider giving Antonio Whitley Chance.

Willie Mae Burton