# EXHIBIT Q

Sa'de Burton

7 September 2020

Re: Antonio Whitley # 42687-039

A letter for my dad

As a child not being able to grow up with my dad was hard. I have always wondered what life would be like to have a father figure in my life. I wondered if things would have been different. I would be able to talk to my friends about our dads finally, but that is not the case instead talking about my father is an emotional topic for me. I have always wanted to have my dad by my side. The last time I saw my dad was my 7th birthday party and today I am now 20 years old. 13 years without my father was not easy at all. If my dad has the chance to get an early release not only would I be ecstatic but I would also feel like a weight has been lifted off of my shoulders. Finally having love from a father figure again is something I have been desiring, I just want to have my dad back again.